UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RENE SANDERS, | Civil No. 3:22-CV-01391-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate, pursuant to sentence four of 42 U.S.C. § 405(g), to reverse and remand the above-captioned case for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to:

- Reevaluate the medical opinion evidence;
- Further develop the record, hold a new hearing, and, as necessary, reconsider the claimant's impairments at steps two and three, reconsider the medical and testimonial evidence, reconsider the claimant's residual functional capacity, and reconsider the claimant's ability to work at steps four and five.

Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under 28 U.S.C. § 4212(d).

IT IS SO ORDERED this __10th__ day of __May__, 2023.

                                                                     s/Michael J. McShane
                                                    UNITED STATES DISTRICT JUDGE

Submitted by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

RENATA GOWIE, OSB #175273
Civil Division Chief

s/ Erin A. Jurrens
ERIN A. JURRENS
Special Assistant United States Attorney
of Attorneys for Defendant
(877) 833-2445