LISA R. LANG
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**RENE SANDERS,**

    Plaintiff,         Civil Action No. 3:22-cv-01391-MC

vs.

                ORDER GRANTING AWARD
**COMMISSIONER of Social Security,**  OF EAJA FEES, EXPENSES
    **Defendant**  /      COSTS

ORDER

  Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$5,000.00**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

  Done this 24th day of May, 2023

            s/Michael J. McShane
            US District Court Judge

Presented by:

s/Lisa R. Lang
Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035