LISA R. LANG, OSB NO. 025035
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 714-7579
Email: Lisa@jplawpc.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

RENE SANDERS,
        Plaintiff,                     Civil Action No. 3:22-cv-01391-MC

vs.

COMMISSIONER of Social Security,     ORDER GRANTING AWARD
        Defendant                        OF ATTORNEYS FEES UNDER
                                                    42 U.S.C. § 406(b)

ORDER

Based upon the Plaintiff's Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $18,615.50, minus $5,000 in EAJA fees received and minus $7,200 in anticipated 406(a) fees approved for the total amount of **$6,415.50** withheld for Plaintiff's federal court attorneys fees.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past due benefits.

DATED this __3rd__ day of __July_____, 2024

                                         s/Michael J. McShane
                                         U.S. DISTRICT COURT JUDGE